**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>LEDI2, INC. AND LEDI2 CA INC.,<br><br>Defendant. | C.A. No. 16-cv-00965-RGA<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Blackbird Tech LLC d/b/a/ Blackbird Technologies respectfully moves this Court to extend the deadline for Defendants LEDi2, Inc. and LEDi2 CA Inc. to move, answer, or otherwise respond to the Complaint in this action [D.I. 1] (the "Complaint") until February 24, 2017.

Plaintiff has been in contact with Defendants, and the parties request this extension to allow Defendants additional time to consider the allegations set forth in the Complaint. The requested extension should not disrupt the schedule in this case, as there is no Scheduling Order in place at this time.

Dated: February 10, 2017

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*

Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Blackbird Tech LLC*
*d/b/a Blackbird Technologies*

IT IS SO ORDERED this _____ day of February, 2017.

______________________________________
HONORABLE RICHARD G. ANDREWS